IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**BESTWAY INFLATABLES & MATERIAL CORP.**,

      Plaintiff,

 ~ *against* ~

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO**,

      Defendants,

**Case No.: 1:23-cv-05650**

**Judge:** The Honorable Andrea R. Wood

**Magistrate Judge:** Young B. Kim

---

### NOTICE OF SCHEDULING CONFLICT

To the Honorable Judge Kim:

 The Court has scheduled the Settlement Conference for April 29, 2023 (and in the alternative for April 30, 2024) (ECF 103).

 Unfortunately, Counsel for Green Market will not be available on either of those days as they will be out of the office and offline for Passover. Of course, we will endeavor to make ourselves available on any other dates in April that works for Their Honor.

Dated: **March 12, 2024**

                RESPECTFULLY SUBMITTED,

            By: *[signature]*

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2024, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Michael A. Hierl, Esq.**
**Robert Payton Mcmurray, Esq.**
**William Benjamin Kalbac, Esq.**
HUGHES SOCOL PIERS RESNICK & DYM,LTD.
Three First National Plaza
70 West Madison St., Suite 4000
Chicago, IL 60602
Emails  Mhierl@hsplegal.com
　　　　Wkalbac@hsplegal.com
　　　　Rmcmurray@hsplegal.com
*Counsel for Plaintiff*

**Adam Edward Urbanzcyk, Esq.**
**Brian Swift, Esq.**
AU LLC
444 West Lake Street, 17th Floor
Chicago, IL 60606
(312) 715-7312
Email: AdamU@au-LLC.com
　　　　BrianS@au-LLC.com
*Counsel for Defendants Lihuikejieu;*
*PORTRAS Official US; PENGHUIHUI-US;*
*ZUOLUN Official US; Marvel US*

**Ruoting Men, Esq.**
**Tianyu Ju, Esq.**
GLACIER LAW LLP
200 E. Randolph Dr., Ste 5100
Chicago, IL 60601
Phone: (312) 270-0413
Email:  <Ruoting.Men@glacier.law >
　　　　<Iris.Ju@glacier.law>

**Ge Lei, Esq.**
GETECH LAW LLC
203 N. Lasalle, Unit 2100
Chicago, IL 60601
(312) 888-6633
Email:  Linda.Lei@getechlaw.com
*Counsel for Defendant*
*Amazon Store Folosem*


*Full Distribution List:*
Mhierl@hsplegal.com
Wkalbac@hsplegal.com
Rmcmurray@hsplegal.com
AdamU@au-LLC.com
BrianS@au-LLC.com
Ruoting.Men@glacier.law
Iris.Ju@glacier.law
Linda.Lei@getechlaw.com