# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP., | ) |
| Plaintiff, | ) Case No.: 23-cv-5650 |
| | ) |
| v. | ) Judge Andrea R. Wood |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) Magistrate Judge Young B. Kim |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff BESTWAY INFLATABLES & MATERIAL CORP. and Defendant No. 253 "The Green Market" (hereinafter "Defendant") through undersigned counsel, hereby stipulate and agree to the voluntary dismissal of this matter without prejudice. Each party shall bear its own attorney's fees and costs.


s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
Attorneys for Plaintiff
BESTWAY INFLATABLES &
MATERIAL CORP.

Dated: May 24, 2024

s/Baruch S. Gottesman
Gottesman Legal PLLC
11 Broadway
Suite 615
New York, NY 10004

bg@gottesmanlegal.com

Attorney for Defendant Nos. 253
"The Green Market"



SO ORDERED:

_____

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal without Prejudice was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 24, 2024.

                                                s/Michael A. Hierl